Robert H. Greenfield, Esq., SBN 114500
Kayla C. Villa, Esq., SBN 255641
GREENFIELD•HARDY
4790 Golden Foothill Parkway, Suite 210
El Dorado Hills, CA 95762
Telephone: (916) 939-1070
Facsimile:   (916) 939-1075

Attorneys for Merced Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LACAVA. an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCED IRRIGATION DISTRICT, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 1:10−CV−00853−LJO−DLB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER**<br><br>Complaint filed:  May 14, 2010<br><br>**EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE SECTION 6103** |

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD THAT the Scheduling Conference Order issued September 9, 2010 be modified as follows:

　　1.　　Expert Disclosure shall occur no later than **July 29, 2011**;

　　2.　　Supplemental Expert Disclosure shall occur no later than **August 8, 2011**.

　　Good cause exists to modify the Scheduling Conference Order so that the experts will have an opportunity to review the deposition transcripts of key witnesses that are set to take place July 13 and July 14, 2011.

　　IT IS SO STIPULATED.

///

///

1
STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER

| | |
|---|---|
| Dated: July 12, 2011 | GREENFIELD•HARDY |
| | \_\_\_/s/_____<br>Robert H. Greenfield<br>Attorneys for Defendant Merced<br>Irrigation District |
| Dated: July 12, 2011 | BETTS & RUBIN |
| | \_\_\_/s/_____<br>James Betts<br>Attorney for Plaintiff, Cindy LaCava |

### ORDER

Based upon the above stipulation and good cause appearing:

IT IS SO ORDERED.

The Scheduling Conference Order shall be modified only as follows: Expert Disclosure shall occur no later than July 29, 2011 and Supplemental Expert Disclosure shall occur no later than August 8, 2011. This modification does not constitute good cause to modify any of the deadlines or dates set forth in this Courts Scheduling Order.

IT IS SO ORDERED.

Dated:   **July 13, 2011**                     /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE