**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CINDY LACAVA,                                                      CASE NO. CV F 10-0853 LJO DLB

                Plaintiff,

    vs.                                                                **ORDER TO RESET DATES**
                                                                         (Doc. 22.)

MERCED IRRIGATION DISTRICT,

                Defendant.
_____/

      On the basis of good cause, this Court RESETS:

      1.      The expert discovery cutoff to November 1, 2011;

      2.      The pretrial motion filing deadline to December 10, 2011;

      3.      The pretrial motion hearing deadline to February 15, 2012;

      4.      The pretrial conference to March 28, 2012 at 8:30 a.m. in Department 4 (LJO); and

      5.      The jury trial to May 15, 2012 at 8:30 a.m. in Department 4 (LJO).

      IT IS SO ORDERED.

**Dated:**   **September 12, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE