IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LACAVA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MERCED IRRIGATION DISTRICT,<br><br>    Defendant.<br>_____/ | Case No. 1:10-cv-00853 LJO SAB<br><br>ORDER DENYING DEFENDANT'S RENEWED MOTIONS IN LIMINE<br><br>(Doc. 109) |

In accordance with the Court's order filed January 7, 2013, the parties have met and conferred on the issues raised by Defendant's now-stricken motions in limine. (See Doc. 108.) Defendant now seeks to renew five of its motions in limine. Defendant argues that the following five witnesses should be precluded from testifying at trial: (1) Bryan Brock; (2) Dan Pope; (3) Steve Dunn; (4) David Carroll; and (5) Linda Davidson. In Defendant's view, any testimony offered from these witnesses would lack foundation and would be irrelevant.

After considering the parties' submissions, the Court disagrees with Defendant. Plaintiff has shown, at least at this early stage, that these five witnesses may offer testimony that is relevant to her claims. Linda Davidson appears to have personal knowledge regarding Plaintiff's written reprimand; Dan Pope and David Carroll appear to have personal knowledge regarding Defendant's lay-off policies;

and finally Bryan Brock and Steve Dunn appear to have personal knowledge on matters that may help undermine Defendant's defense that Plaintiff's termination was required by a pre-approved personnel reorganization plan.

Accordingly, Defendant's renewed motions in limine (Doc. 109) are DENIED. This of course does not preclude Defendant from raising any objections during trial regarding foundation, relevance, and/or prejudice with respect to these witnesses.

IT IS SO ORDERED.

Dated:   **January 18, 2013**           /s/  **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE