IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LACAVA, | Case No. 1:10-cv-00853 LJO SAB |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO FILE ADDITIONAL JURY INSTRUCTIONS |
| vs. | |
| MERCED IRRIGATION DISTRICT, | (Doc. 122) |
| Defendant. | |

On February 4, 2013, Defendant Merced Irrigation District ("MID") filed a motion to file an additional two separately proposed jury instructions for the Court's consideration, that is MID sought to file a total of twelve separately proposed jury instructions as opposed to the maximum of ten. In the interest of justice, the Court hereby GRANTS MID's request. The Court will consider all twelve of MID's separately proposed jury instructions (Doc. 117).

IT IS SO ORDERED.

Dated:   February 7, 2013          /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE