IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LACAVA, | Case No. 1:10-cv-00853 LJO SAB |
|     Plaintiff, | JUDGMENT |
| vs. | |
| MERCED IRRIGATION DISTRICT, | |
|     Defendant. | |

This cause came on regularly for trial on February 12, 2013 in Courtroom 4. A jury of eight (8) persons was regularly impaneled and sworn to try the action. Witnesses on the part of both Plaintiff and Defendant were sworn and examined between February 13, 2013 and February 20, 2013. After hearing the evidence, the arguments of counsel, and instructions of the Court, the jury retired to consider their verdict. The jury returned to Court on February 21, 2013, and being called, duly rendered their Special Verdict in writing in favor of Plaintiff Cindy LaCava and against Defendant Merced Irrigation District. (See Doc. 158.)

WHEREFORE, BY VIRTUE OF THE LAW, AND BY REASON OF THE PREMISES AFORESAID, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Cindy LaCava shall recover the sum of Four Hundred Fifty Three Thousand Dollars ($453,000.00) from Defendant Merced Irrigation District, and such recoverable costs, disbursements and fees as this Court may approve pursuant to a timely filed bill of costs and/or attorney's fee motion.

IT IS SO ORDERED.

Dated:  February 27, 2013          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE