Robert H. Greenfield, Esq., SBN 114500
Kayla C. Villa, Esq., SBN 255641
GREENFIELD LAW
2390 Professional Drive
Roseville, CA  95661
Telephone: (916) 939-1070
Facsimile:   (916) 783-5232

Attorneys for Merced Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LACAVA. an individual<br><br>    Plaintiff,<br><br>vs.<br><br>MERCED IRRIGATION DISTRICT, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 1:10-CV-00853-LJO-SAB<br><br>**STIPULATION TO SET ASIDE JUDGMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Complaint filed:  May 14, 2010<br>Trial: February 12, 2013 |

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD as follows:

1.  Having reached a settlement in this matter, the Parties Stipulate and request that the Judgment entered on February 27, 2013 be set aside (Docket No. 164);

2.  The Parties further agree and stipulate to a dismissal with prejudice of the entire action.  Settlement funds from the Defendant have been received by Plaintiff and the matter may now be fully dismissed with prejudice.

IT IS SO STIPULATED.

///

///

///

STIPULATION TO SET ASIDE JUDGMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
1

Dated:  May 20, 2013                                    GREENFIELD LAW

                                                        / s /
                                          ROBERT H. GREENFIELD
                                          Attorneys for Merced Irrigation District

Dated: May 20, 2013                                     BETTS, RUBIN & MCGUINNESS

                                            /s/
                                          James Betts
                                          Attorney for Plaintiff, Cindy LaCava

## **ORDER**

Based upon the above stipulation and good cause appearing:

IT IS SO ORDERED.

The Judgment entered on February 27, 2013 (Docket No. 164) is hereby set aside and this matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

    Dated:   **May 21, 2013**                                    **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE